UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
APR 2 3 2014
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | No. |
| vs. | ) | |
| | ) | **4:14CR116 CEJ/DDN** |
| ANTHONY DAVIS, | ) | |
| Defendant. | ) | |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

At some time unknown to the Grand Jury but by at least January 2009, and continuing until at least June 2013, in the Eastern District of Missouri, the defendant herein,

**ANTHONY DAVIS,**

while an officer, that is president of Mail Handlers Local 314, a labor organization engaged in an industry affecting commerce, did embezzle, steal and unlawfully and willfully abstract and convert to his own use the money, funds, property, and other assets of said labor organization in the approximate amount of $40,659.07.

In violation of Title 29, United States Code, Section 501(c).


RICHARD G. CALLAHAN                                       A TRUE BILL.
United States Attorney


_____                                  _____
Dianna R. Collins, #59641MO                              FOREMAN
Assistant United States Attorney